NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ADVANTAGE CAPITAL HOLDINGS−I, LLC ,
Debtor(s)

BK−23−10048−nmc
CHAPTER 7

Adversary Proceeding: 24−01044−nmc

ROBERT E. ATKINSON, et al,
Plaintiff(s)

v.

RESOLUTE CAPITAL PARTNERS LTD., LLC, et al,
Defendant(s)

NOTICE OF RESCHEDULED STATUS HEARING

Hearing Date: 10/15/26
Hearing Time: 10:30 AM

**NOTICE IS GIVEN** that a rescheduled Status Hearing will be held before a United States Bankruptcy Judge. Hearing information is as follows:

| | |
|---|---|
| Hearing Date: | 10/15/26 |
| Hearing Time: | 10:30 AM |
| Hearing Phone Number: | (833) 435−1820 |
| Hearing Meeting ID: | 161 166 2815 |
| Hearing Passcode: | 115788# |

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

***23*** − First Amended Complaint for Avoidance and Recovery of Transfers Filed by ZACHARY E MAZUR on behalf of ROBERT E. ATKINSON against THOMAS J. POWELL, RESOLUTE CAPITAL PARTNERS LTD., LLC, RESOLUTE MANAGEMENT SERVICES, LLC (Attachments: # 1 Exhibit A − Transferee Ledger # 2 Exhibit B − Loan Agreement Example # 3 Exhibit C − Unconditional Guaranty Example # 4 Exhibit D − Promissory Note Example) (MAZUR, ZACHARY)

This hearing is scheduled for the following reason:

Rescheduled as to the Time of the Hearing.

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 7/22/26

Dan Owens

Dan Owens
Clerk of Court