Honorable Natalie M. Cox
United States Bankruptcy Judge

**FRANK C. GILMORE, ESQ. - NSB #10052**
frank@gilmoregroupnv.com
The Gilmore Law Group PLLC
1495 Ridgeview Dr., Ste 90
Reno, Nevada 89519
Telephone: (775) 848-6387
Facsimile: (775) 996-9898

**MATTHEW R. BURTON, ESQ.** (admitted *pro hac vice)*
mburton@cozen.com
Cozen O'Connor
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Tel: (612) 877-5399

*Counsel for Resolute Capital Partners Ltd., Resolute Management Services, LLC, and Thomas J. Powell*

THE GILMORE LAW GROUP
1495 RIDGEVIEW DR., SUITE 90 RENO, NV 89519 | P: 775-848-6387 | F: 775-996-9898

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>ADVANTAGE CAPITAL HOLDINGS – I, LLC, | Case No. BK-23-10048-NMC (Lead Case)<br><br>Substantively Consolidated with:<br><br>Case No. BK-23-50004-NMC<br>RESOLUTE COMMERCIAL CAPITAL, LLC<br><br>Chapter 7 |
| ROBERT E. ATKINSON, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>RESOLUTE CAPITAL PARTNERS LTD., LLC, RESOLUTE MANAGEMENT SERVICES, LLC, and THOMAS J. POWELL<br><br>Defendants. | Adv. Proc. No. 24-01044-NMC<br><br>**ORDER GRANTING STIPULATION FOR ORDER OF WITHDRAWAL OF COUNSEL**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

THE GILMORE LAW GROUP
1495 RIDGEVIEW DR. SUITE 90 RENO, NV 89519 | P: 775-848-6387 | F: 775-996-9898

The Court, after review of the Stipulation for Order of Withdrawal of Matthew R. Burton, Esq. and Cozen O'Connor as Counsel of Record for Defendants ("Stipulation"), the papers and pleadings on file herein and good cause appearing,

IT IS HEREBY ORDERED THAT the Stipulation is APPROVED.

IT IS FURTHER ORDERED THAT Matthew R. Burton and the law firm of Cozen O'Connor (admitted *pro hac vice*) are withdrawn as counsel for Defendants Resolute Capital Partners Ltd., Resolute Management Services, LLC, and Thomas J. Powell.

IT IS FURTHER ORDERED THAT Frank C. Gilmore, Esq. of the law firm of The Gilmore Law Group PLLC will remain as counsel of record for Defendants Resolute Capital Partners Ltd., Resolute Management Services, LLC, and Thomas J. Powell.

Submitted by:
**FRANK C. GILMORE, ESQ. - NSB #10052**
frank@gilmoregroupnv.com
The Gilmore Law Group PLLC
1495 Ridgeview Dr., Ste 90
Reno, Nevada 89519
Telephone: (775) 848-6387
Facsimile: (775) 996-9898